Not for Publication

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **NOREAL LAYNE MAYS.,** | |
| Petitioner, | Civil Action No. 18-16043 (ES) (CLW) |
| v. | **ORDER** |
| **EXPRESSJET AIRLINES, INC**, *et al.*, | |
| Respondents. | |

**SALAS, DISTRICT JUDGE**

Before the Court is defendants ExpressJet Airlines LLC and United Airlines, Inc.'s ("Defendants") objection to the Honorable Magistrate Judge Cathy Waldor's Report and Recommendation ("R&R") that the Undersigned grant plaintiff Noreal Layne Mays's ("Plaintiff") motion to remand this action to state court. (D.E. No. 42); and the Court having reviewed the relevant submissions and having decided this matter on the papers, *see* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b); and for the reasons set forth in an Opinion to follow,

IT IS on this 30th day of June 2020,

**ORDERED** that Defendants' Objection (D.E. No. 42) is OVERRULED; and it is further

**ORDERED** that the Court adopts Judge Waldor's R&R (D.E. No. 41) in full; this matter is REMANDED to the Superior Court of New Jersey, Essex County; and it is further

**ORDERED** that the Clerk of Court TERMINATE docket entry numbers 31 and 41 and mark this matter CLOSED.

*s/Esther Salas*
**Esther Salas, U.S.D.J.**